## Commonwealth v. Ostrander, Appellant.

Submitted November 9, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell* and *Carol Mary Los*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

## Commonwealth v. Palmer, Appellant.

Submitted November 9, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell* and *Carol Mary Los*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded to the court below to permit appellant to file post-trial motions. If such motions are filed and denied, the court below shall permit appellant to file an appeal nunc pro tunc from the judgment of sentence. *Commonwealth v. Grillo*, 208 Pa. Superior Ct. 444, 222 A. 2d 427 (1966).

WRIGHT, P. J., dissents.